RECEIVED
IN LAKE CHARLES, LA
APR 29 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| TRAVIS LEE JOSEPH | CIVIL ACTION NO. 07-1356<br>SECTION P |
| VS. | JUDGE MINALDI |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE**, *sua sponte*, under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failing to state a claim for which relief may be granted;

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 29 day of April, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE